UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x :
LYDIA ALEXANDRA COURI                              : 12-CV-2220 (TPG)(FM)
                                                   :
                    Plaintiff,                     :
                                                   :
    vs.                                            :
                                                   :
McLAUGHLIN & STERN, LLP, and                       :
JON PAUL ROBBINS, ESQ.,                            :
                                                   :
                    Defendants.                    :
-----------------------------------------------------------x :

**SUPPLEMENTAL DECLARATION OF PATRICK B. SARDINO IN SUPPORT OF THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56**

**Exhibits B - O**

|  |  |
|---|---|
|  | COZEN O'CONNOR |
| By: | /s/ |
|  | Patrick B. Sardino, Esq. |
|  | Attorneys for Defendants |
|  | 45 Broadway, 16th Floor |
|  | New York, NY 10006 |
|  | (212) 509-9400 (tel.) |
|  | (646) 461-2063 (fax.) |